IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CLEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL DOCKET NO. 1699 |
| This document relates to: LYNELLEN AND MITCHELL DANIELS, Plaintiffs, v. PFIZER, INC., ET AL., Defendants. | Case No. 05-04541 STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO 05-CV-1699 |

**IT IS HERBY STIPULATED AND AGREED** by and between counsel for the Plaintiffs and counsel for the Defendants that the Complaint of Plaintiffs Lynellen and Mitchell Daniels is herby dismissed without prejudice with each party bearing their own attorneys' fees and costs. Should Plaintiffs or a representative of Plaintiffs attempt to re-file their claims against Defendants, they shall do so only by filing said claims in MDL 1699 In Re Bextra and Celebrex Marketing and Sales Practices and Product Liability Litigation, located in the Northern District of California.

Respectfully submitted:

THE BEASLEY FIRM, LLC
Attorneys for Plaintiffs

_____
James J. McHugh, Jr.
Dated: 6/16/06

GORDON & REES
Attorneys for Defendant

_____
Stuart M. Gordon
Dated: 8-10-06

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __August 14, 2006__



Honorable Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer